Kaskie, Appellant, *v.* Duquesne Brewing Co.

Argued April 15, 1971. *Stanley W. Greenfield,* for appellant; *Charles J. Duffy, Jr.,* with him *Lancaster, Mentzer, Coyne & Duffy,* for appellee.

Order affirmed.

## Law Appeal.

Argued December 11, 1970. *Simson Unterberger,* Assistant Defender, with him *Miriam L. Gafni,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.